FILED

DEC 2 0 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | CASE NO. 5 : 23 CR 00651 |
| v. | ) | Title 18, United States Code, |
| BRIAN PATTERSON, | ) | Sections 2251(a) and (e), |
| | ) | 2252(a)(2) and 2252A(a)(5)(B) |
| Defendant. | ) | |
| | ) | **JUDGE CALABRESE** |

COUNT 1
(Sexual Exploitation of Children, 18 U.S.C. §§ 2251(a) and (e))

The Grand Jury charges:

1. From on or about July 4, 2021, through on or about October 17, 2023, in the Northern District of Ohio, Eastern Division, Defendant BRIAN PATTERSON did attempt to and did use, persuade, induce, entice and coerce a minor (to wit: Minor Victim, whose identity is known to the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
(Receipt of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury further charges:

2. From on or about August 2, 2022, through on or about October 17, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant BRIAN PATTERSON, did knowingly receive, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which files had been shipped and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

3. On or about October 18, 2023, in the Northern District of Ohio, Eastern Division, Defendant BRIAN PATTERSON, did knowingly possess electronic devices, a silver Dell Laptop, a Samsung Galaxy phone, a black Google Pixel cellphone, and a silver Lenovo Laptop, each that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.